RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/4/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EDDIE JAMES SUTTON #12631-035 | DOCKET NO. 10-CV-1509; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| MARIA MEDINA | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be DENIED and DISMISSED for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 4th day of January, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE